JS 44  (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Haff Poultry, Inc.; Watts, Craig; Upchurch, Johnny; Walters, Jonathan; Carr, Brad, on behalf of themselves and all others similarly situated,

## DEFENDANTS
Tyson Foods, Inc.; Tyson Chicken, Inc.; Tyson Breeders, Inc.; Tyson Poultry, Inc.; Pilgrim Pride Corporation; Perdue Farms, Inc.; Koch Foods, Inc.; (PLUS those on attached continuation page)

**(b)** County of Residence of First Listed Plaintiff: **Mayes County, Oklahoma**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Benton County, Arkansas**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

See attachment

Attorneys *(If Known)*

17-CV-033-SPS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☒ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Section 1 Sherman Antitrust Act; Section 202 Packers & Stockyards Act; 28 U.S.C. 1331 & 1337; 7 U.S.C. 192

Brief description of cause:
proposed class of broiler chicken farmers against poultry company defendants for anticompetitive conduct

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 01/27/2017

SIGNATURE OF ATTORNEY OF RECORD: /s/ Larry D. Lahman

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

CIVIL COVER SHEET   - page 2

DEFENDANTS – continued

Koch Meat Co., Inc. d/b/a Koch Poultry Co.; Sanderson Farms, Inc.; Sanderson Farms, Inc. (Foods Division); Sanderson Farms, Inc. (Production Division); and Sanderson Farms, Inc. (Processing Division)

ATTORNEYS FOR PLAINTIFFS:

| | |
|---|---|
| Michael D. Hausfeld<br>James J. Pizzirusso<br>Melinda R. Coolidge<br>HAUSFELD LLP<br>1700 K Street, NW<br>Washington, DC 20006<br>Tele: (202) 540-7200<br>Fax: (202) 540-7201<br>Email: mhausfeld@hausfeld.com<br>Email: jpizzirusso@hausfeld.com<br>Email: mcoolidge@hausfeld.com | Gregory Davis<br>DAVIS & TALIAFERRO, LLC<br>7031 Halcyon Park Drive<br>Montgomery, AL 36117<br>Tele: (334) 832-9080<br>Fax: (334) 409-7001<br>Email: gldavis@knology.net |
| Gary I. Smith, Jr.<br>HAUSFELD LLP<br>325 Chestnut St., Suite 325<br>Philadelphia, PA 19106<br>Tele: (215) 985-3270<br>Fax: (215) 985-3271<br>Email: gsmith@hausfeld.com | Larry D. Lahman, OBA #5166<br>Roger L. Ediger, OBA #19449<br>Carol Hambrick Lahman, OBA # 11330<br>Scott E. Cordell, OBA #31522<br>MITCHELL DECLERK<br>202 West Broadway Avenue<br>Enid, Oklahoma 73701<br>Tele: (580) 234-5144<br>Fax: (580) 234-8890<br>Email: ldl@mdpllc.com<br>Email: carollahman@gmail.com<br>Email: rle@mdpllc.com<br>Email: sec@mdpllc.com |
| Eric L. Cramer<br>Patrick F. Madden<br>Christina Black<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tele: (215) 875-3000<br>Fax: (215) 875-4604<br>Email: ecramer@bm.net<br>Email: pmadden@bm.net<br>Email: cblack@bm.net | Charles D. Gabriel<br>GA Bar No. 281649<br>CHALMERS, PAK, BURCH & ADAMS, LLC<br>North Fulton Satellite Office<br>5755 North Point Parkway, Suite 96<br>Alpharetta, GA 30097<br>Tele: (678) 735.5903<br>Fax: (678) 735.5905<br>Email: cdgabriel@cpblawgroup.com |

| | |
|---|---|
| William A. (Drew) Edmondson, OBA #2628<br>EDMONDSON LAW OFFICE<br>P. O. Box 18922<br>Oklahoma City, OK 73154<br>Tele: (405) 810-4226<br>Email: drew.edmondson1@gmail.com | Larry S. McDevitt<br>David M. Wilkerson<br>THE VAN WINKLE LAW FIRM<br>11 N. Market Street<br>Asheville, NC 28801<br>Tele: (828) 258-2991<br>Fax: (828) 257-2767<br>Email: lmcdevitt@vwlawfirm.com<br>Email: dwilkerson@vwlawfirm.com |
| Vincent J. Esades<br>HEINS MILLS & OLSON, PLC<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Tele: (612) 338-4605<br>Fax: (612) 338-4692<br>Email: vesades@heinsmills.com | |
| Warren T. Burns<br>BURNS CHAREST LLP<br>500 North Akard, Suite 2810<br>Dallas, Texas 75201<br>Tele: (469) 904-4551<br>Email: wburns@burnscharest.com | |