# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

**In Re:**
**BROILER CHICKEN GROWER LITIGATION**

| | |
|---|---|
| **HAFF POULTRY INC., et al.,** ) | |
| **Plaintiffs** ) | Case No. CIV-17-033-RJS |
| ) | Date: 01/19/2018 |
| v. ) | Court Time: 9:39 AM - 11:07 AM |
| ) | 11:22 AM - 12:39 PM |
| **TYSON FOODS, INC. et al.,** ) | 1:12 PM -  1:55 PM |
| **Defendants.** ) | |

## MINUTE SHEET – MOTION(S) HEARING

| | | |
|---|---|---|
| Robert J. Shelby, Judge | A. Booher, Law Clerk | K. McWhorter, Court Reporter |
| | T. Stephens, Deputy Clerk | FTR - Courtroom 1 |

**Plaintiffs, Steve and Robin Haff appear with Counsel**:
Daniel J. Walker, Eric Cramer, Melinda R. Coolidge, W.A. Edmondson, Kristopher E. Koepsel, Larry D. Lahman, M. David Riggs, and Roger L. Ediger

**Counsel for Defendant Tyson:**
John D. Harkrider, Michael L. Keeley, Lawrence R. Murphy, Jr., and Jonathan Max Justl
**Counsel for Defendant Pilgrim's Pride:**
Clayton E. Bailey and Harold C. Zuckerman,
**Counsel for Defendant Perdue Farms:**
Leonard L. Gordon and Lisa Jose Fales
**Counsel for Defendant Koch:**
Cable M. Frost, Scott W. Pedigo and John R. Woodard, III
**Counsel for Defendant Sanderson Farms:**
Daniel E. Laytin and J. Wesley Pebsworth

**Minutes:**
Comes on for hearing on Defendant, Sanderson Farms' Motion to Dismiss for Lack of Jurisdiction (Personal) And Improper Venue (Dkt. Entry #191) AND Kochs' Motion to Dismiss for Lack of Jurisdiction And Improper Venue (Dkt. Entry 194). Oral Argument from Plaintiffs' counsel, Response from Defendants, Sanderson Farms and Koch. Reply from Plaintiff. Sur-reply from Defendants Sanderson Farms and Koch.

**ENTERING ORDER:**
**GRANTING** Defendant, Sanderson Farms' Motion to Dismiss for Lack of Jurisdiction (Personal) And Improper Venue (Dkt. Entry #191) **AND** Kochs' Motion to Dismiss for Lack of Jurisdiction And Improper Venue (Dkt. Entry #194); the claims against defendants Sanderson Farms' and Koch are dismissed without prejudice.  Plaintiffs are to file within 14 days a Rule 41 motion, or related Motion, or Notice that they wish to proceed with claims against the remaining defendants. Defendants will be allowed to respond.  Should the case proceed, the pending motions will be heard at a later date (Re: Perdue Farms' Motion to Compel Arbitration, Motion to Dismiss, and Motion to Stay (Dkt. Entry 192); AND Defendants' Joint Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(2), (3), and (6) (Dkt. Entry 193). **(RJS)**

Court adjourned.

**Total Time:  3:28**