UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER LITIGATION<br><br>This Document Relates To All Cases | No. 6:17-CV-00033-RJS<br><br>The Honorable Robert J. Shelby |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS
PENDING DECISION ON MDL TRANSFER**

Defendants Tyson and Perdue ("Defendants") by and through the undersigned counsel, respectfully move to stay further proceedings in this case pending transfer and consolidation by the Judicial Panel for Multidistrict Litigation ("JPML") into a Multi-District Litigation ("MDL"). In support of this motion, Defendants state as follows:

1. A substantively similar action is pending before Judge James C. Dever in the Eastern District of North Carolina. *See Haff Poultry, Inc., et al. v. Koch Foods, Inc., et al.*, Case No. 7:18-CV-00031-D (E.D.N.C.). Plaintiffs moved to consolidate both actions in this Court on March 8, 2018. *See In re: Broiler Chicken Litigation* MDL No. 2838, Doc. 1 (JPML). Defendants do not oppose Plaintiffs' motion.

2. A stay pending MDL transfer will help ensure efficiency and avoid inconsistent results given the multiple actions concerning the same subject matter that are poised to be centralized in a MDL proceeding.

3. Defendants met and conferred with Plaintiffs regarding this motion, which Plaintiffs oppose.

WHEREFORE, for these reasons and those set forth in the accompanying memorandum in support, Defendants respectfully request that the Court stay further proceedings in this case

pending the JPML's decision to transfer this action into the MDL proceeding. A supporting memorandum is attached.

Dated: March 23, 2018

Respectfully submitted,

/s/John D. Harkrider
John D. Harkrider (admitted *pro hac vice*)
**AXINN, VELTROP & HARKRIDER LLP (NY)**
114 W 47th St
New York, NY 10036
212-728-2210
Fax: 212-728-2201
jharkrider@axinn.com

Michael L. Keeley (admitted *pro hac vice*)
**AXINN, VELTROP & HARKRIDER LLP (DC)**
950 F St, NW
Washington, DC 20004
202-721-5414
Fax: 202-912-4701
mkeeley@axinn.com

Mark C. Tatum (admitted *pro hac vice*)
Michael S. Cargnel (admitted *pro hac vice*)
Robert T. Adams (admitted *pro hac vice*)
**SHOOK HARDY & BACON, LLP (MO)**
2555 Grand Blvd
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547
mtatum@shb.com
mcargnel@shb.com
rtadams@shb.com

Lawrence R. Murphy, Jr, OBA # 17681
**RICHARDS & CONNOR, PLLP**
525 S Main St, 12th Flr
Tulsa, OK 74103
918-585-2394
Fax: 918-585-1449
lmurphy@richardsconnor.com

Michael Burrage, OBA #1350
Patricia Sawyer, OBA #30712
**WHITTEN BURRAGE**
1215 Classen Dr

Oklahoma City, OK 73103
405-516-7800
Fax: 405-516-7859
mburrage@whittenburragelaw.com
psawyer@whittenburragelaw.com

*Counsel for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.*

J. Douglas Baldridge (admitted *pro hac vice*)
Lisa Jose Fales (admitted *pro hac vice*)
Andrew T. Hernacki (admitted *pro hac vice*)
Robert P. Davis (admitted *pro hac vice*)
**VENABLE, LLP (DC)**
600 Massachusetts Ave, NW
Washington, DC 20001
202-344-4264
Fax: 202-344-8300
athernacki@venable.com
jbaldridge@venable.com
ljfales@venable.com
rpdavis@venable.com

Leonard L. Gordon (admitted *pro hac vice*)
**VENABLE, LLP (NY)**
1270 Ave of the Americas, 24th Flr
New York, NY 10020
212-370-6252
Fax: 212-307-5598
lgordon@venable.com

Kevin R. Donelson, OBA #12647
**FELLERS SNIDER**
100 N Broadway, Ste 1700
Oklahoma City, OK 73102
405-232-0621
Fax: 405-232-9659
kdonelson@fellerssnider.com

*Counsel for Defendants Perdue Farms, Inc.*

3

## **CERTIFICATE OF SERVICE**

On March 23, 2018, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of Court for filing using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ John D. Harkrider