IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER LITIGATION | No. 6:17-cv-00033-RJS<br><br>The Honorable Robert J. Shelby |

## ENTRY OF APPEARANCE

Samantha S. Derksen hereby enters her appearance as counsel for Plaintiffs Haff Poultry, Inc., Johnny Upchurch, Jonathan Walters, Nancy Butler, Melissa Weaver, and Myles B. Weaver.

I certify that I am admitted to practice in this Court and am registered in this Court's ECF filing system.

Dated: April 2, 2018

Respectfully submitted,

/s/ Samantha S. Derksen
Samantha S. Derksen
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
T: (202) 540-7200
F: (202) 540-7201
Email: sderksen@hausfeld.com

## CERTIFICATE OF SERVICE

On April 2, 2018 I electronically transmitted a true and correct copy of the foregoing document to the Clerk of Court for filing using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Samantha S. Derksen
Samantha S. Derksen
*Co-Lead Counsel for Plaintiffs*