# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER LITIGATION<br><br>This Document Relates To All Cases | No. 6:17-CV-00033-RJS<br><br>The Honorable Robert J. Shelby |

## JOINT NOTICE OF JPML ORDER DENYING TRANSFER

The parties jointly file this Notice of Order Denying Transfer issued by the United States Judicial Panel on Multidistrict Litigation ("JPML") and state as follows:

1. On May 31, 2018, the JMPL heard oral argument on the question of whether this case, *In re: Broiler Chicken Grower Litigation*, No. 6:17-CV-00033, should be consolidated with *Haff Poultry, Inc., et al. v. Koch Foods, Inc., et al.*, No. 7:18-00031 (E.D.N.C.).

2. On June 6, 2018, the JPML issued an order denying consolidation: Order Denying Transfer, *In re: Broiler Chicken Grower Antitrust Litigation*, MDL No. 2838 (J.P.M.L. June 6, 2018), ECF No. 31.

3. As a courtesy to the court, this order is attached as Exhibit A.

Dated: June 21, 2018

Respectfully submitted,

/s/ John D. Harkrider

John D. Harkrider (admitted *pro hac vice*)
**AXINN, VELTROP & HARKRIDER LLP (NY)**
114 W 47th St
New York, NY 10036
212-728-2210
Fax: 212-728-2201
jharkrider@axinn.com

Michael L. Keeley (admitted *pro hac vice*)
**AXINN, VELTROP & HARKRIDER LLP (DC)**
950 F St, NW
Washington, DC 20004
202-721-5414
Fax: 202-912-4701
mkeeley@axinn.com

Mark C. Tatum (admitted *pro hac vice)*
Michael S. Cargnel (admitted *pro hac vice)*
Robert T. Adams (admitted *pro hac vice)*
**SHOOK HARDY & BACON, LLP (MO)**
2555 Grand Blvd
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547
mtatum@shb.com
mcargnel@shb.com
rtadams@shb.com

Lawrence R. Murphy, Jr, OBA # 17681
624 S. Boston, Flr 8
Tulsa, OK 74119
918-585-2394
Fax: 918-585-1449
larrymurphy999@gmail.com

Michael Burrage, OBA #1350
Patricia Sawyer, OBA #30712
**WHITTEN BURRAGE**
1215 Classen Dr
Oklahoma City, OK 73103
405-516-7800
Fax: 405-516-7859

mburrage@whittenburragelaw.com
psawyer@whittenburragelaw.com

*Counsel for Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.*

J. Douglas Baldridge (admitted *pro hac vice*)
Lisa Jose Fales (admitted *pro hac vice*)
Andrew T. Hernacki (admitted *pro hac vice*)
Robert P. Davis (admitted *pro hac vice*)
**VENABLE, LLP (DC)**
600 Massachusetts Ave, NW
Washington, DC 20001
202-344-4264
Fax: 202-344-8300
athernacki@venable.com
jbaldridge@venable.com
ljfales@venable.com
rpdavis@venable.com

Leonard L. Gordon (admitted *pro hac vice*)
**VENABLE, LLP (NY)**
1270 Ave of the Americas, 24th Flr
New York, NY 10020
212-370-6252
Fax: 212-307-5598
lgordon@venable.com

Kevin R. Donelson, OBA #12647
**FELLERS SNIDER**
100 N Broadway, Ste 1700
Oklahoma City, OK 73102
405-232-0621
Fax: 405-232-9659
kdonelson@fellerssnider.com

*Counsel for Defendant Perdue Farms, Inc.*

/s/ Eric L. Cramer
_____
Eric L. Cramer*
Patrick F. Madden*

3

Christina Black*
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
Fax: (215) 875-4604
ecramer@bm.net
pmadden@bm.net
cblack@bm.net

Daniel J. Walker*
**BERGER & MONTAGUE, P.C.**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
(202) 559-9745
dwalker@bm.net

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

Larry D. Lahman, OBA #5166
Roger L. Ediger, OBA #19449
Carol Hambrick Lahman, OBA # 11330
Scott E. Cordell, OBA #31522
**MITCHELL DECLERK**
202 West Broadway Avenue
Enid, OK 73701
(580) 234-5144
Fax: (580) 234-8890
ldl@mdpllc.com
carollahman@gmail.com
rle@mdpllc.com
sec@mdpllc.com

*Additional Class Counsel for Plaintiffs and the Proposed Class*

Michael D. Hausfeld*
James J. Pizzirusso*
Melinda R. Coolidge*
**HAUSFELD, LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeld.com

jpizzirusso@hausfeld.com
mcoolidge@hausfeld.com

Gary I. Smith, Jr.*
**HAUSFELD, LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
Fax: (215) 985-3271
gsmith@hausfeld.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

M. David Riggs
Donald M. Bingham
Kristopher Koepsel
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
502 West Sixth Street
Tulsa, OK 74119
(918) 699-8914
Fax: (918) 587-9708
driggs@riggsabney.com
don_bingham@riggsabney.com
kkoepsel@riggsabney.com

William A. Edmondson, OBA #2628
**RIGGS ABNEY NEAL TURPEN ORBISON & LEWIS**
528 N.W. 12th Street
Oklahoma City, OK 73103
(405) 843-9909
Fax: (405) 842-2913
dedmondson@riggsabney.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

Vincent J. Esades*
**HEINS MILLS & OLSON, PLC**
310 Clifton Avenue
Minneapolis, MN 55403
(612) 338-4605
Fax: (612) 338-4692
vesades@heinsmills.com

Warren T. Burns*
**BURNS CHAREST, LLP**
900 Jackson Street, Suite 500
Dallas, TX 75201
(469) 904-4550
Fax: (469) 444-5002
wburns@burnscharest.com

Gregory Davis*
**DAVIS & TALIAFERRO, LLC**
7031 Halcyon Park Drive
Montgomery, AL 36117
(334) 832-9080
Fax: (334) 409-7001
gldavis@knology.net

Charles D. Gabriel*
**CHALMERS, BURCH & ADAMS, LLC**
North Fulton Satellite Office
5755 North Point Parkway, Suite 96
Alpharetta, GA 30097
(678) 735-5903
Fax: (678) 735-5905
cdgabriel@cpblawgroup.com

Larry S. McDevitt*
David M. Wilkerson*
**THE VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
(828) 258-2991
Fax: (828) 257-2767
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com

Harlan Hentges (OBA #17911)
**HENTGES & ASSOCIATES PLLC**
102 East Thatcher Street
Edmond, OK 73034
(405) 340-6554
Fax: (405) 340-6562
harlan@organiclawyers.com

John C. Whitfield*
Caroline Taylor*

**WHITFIELD BRYSON & MASON, LLP**
19 North Main Street
Madisonville, KY 42431
(270) 821-0656
john@wbmllp.com
caroline@wbmllp.com

Gary E. Mason*
**WHITFIELD BRYSON & MASON, LLP**
5101 Wisconsin Avenue, NW
Suite 305
Washington, DC 20036
(202) 429-2290
Fax: (202) 429-2294
gmason@wbmllp.com

J. Dudley Butler*
**BUTLER FARM & RANCH LAW GROUP, PLLC**
499-A Breakwater Drive
Benton, MS 39039
(662) 673-0091
Fax: (662) 673-0091
jdb@farmandranchlaw.com

Daniel M. Cohen*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
(202)789-3960
Fax: (202)789-1813
Danielc@cuneolaw.com

David S. Muraskin*
**PUBLIC JUSTICE, PC**
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 861-5245
Fax: (202) 232-7203
dmuraskin@publicjustice.net

Hollis Salzman *
Kellie Lerner*
**ROBINS KAPLAN, LLP**
399 Park Avenue, Suite 3600

New York, NY 10022
(212) 980-7400
Fax: (212) 980-7499
HSalzman@RobinsKaplan.com
KLerner@RobinsKaplan.com

Aaron Sheanin*
**ROBINS KAPLAN, LLP**
2440 West El Camino Real
Suite 100
Mountain View, CA 94040
(650) 784-4040
Fax: (650) 784-4041
ASheanin@RobinsKaplan.com

M. Stephen Dampier*
**LAW OFFICES OF M. STEPHEN DAMPIER, P.C.**
55 North Section Street
P.O. Box 161
Fairhope, AL 36532
(251) 929-0900
Fax: (251) 929-0800
dampier.steve@gmail.com

**CERTIFICATE OF SERVICE**

      On June 21, 2018, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of Court for filing using the CM/ECF system, which will send notification of such filing to all counsel of record.

      /s/ John D. Harkrider