IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO II)** | MDL No. 6:20-md-2977-RJS-CMR<br><br>Hon. Chief Judge Robert J. Shelby<br><br>Hon. Cecilia M. Romero |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF A SUPPLEMENTAL SCHEDULE REGARDING PLAINTIFFS' PROPOSED CLASS SETTLEMENT WITH PILGRIM'S PRIDE CORPORATION**

WHEREAS, Plaintiffs moved for entry of a supplemental schedule regarding their proposed Settlement with Pilgrim's Pride Corporation ("PPC");

WHEREAS, the Court's prior Orders preliminarily approving Plaintiffs' proposed Settlement with PPC and certifying the Settlement Class for purposes of settlement and appointing Settlement Class Counsel (ECF No. 617), and approving the issuance of notice to the Settlement Class (ECF No. 618), remain in full force and effect;

NOW, THEREFORE, IT IS HEREBY ORDERED:

## I. SCHEDULE FOR SERVICE OF NOTICE, MOTIONS FOR FEES, CLASS EXCLUSIONS, OBJECTIONS, AND FAIRNESS HEARING

1. The Court hereby orders the following revised schedule for: (a) dissemination of notice; (b) Plaintiffs' motions for attorneys' fees, and expenses; (c) the deadlines for Settlement Class members to object to the Settlement or request exclusion from the Settlement Class; (d) Plaintiffs' notice to the Court identifying persons requesting exclusion from the Class; (e) Plaintiffs' Notice to the Court confirming completion of the Notice Program; (f) Plaintiffs' submission of a motion and memorandum in support of final approval of the Settlement and any responses to any objections; (g) a Fairness Hearing; and (h) submissions of claims by the Settlement Class.

| Event | Timeline |
|---|---|
| Commencement of Direct Notice to the Class | **September 19, 2024**[1] |
| Commencement of Publication Notice to the Class | **September 19, 2024**[2] |
| Submission of motion for attorneys' fees, expenses, and service awards for the class representatives | **November 3, 2024**[3] |

---

[1] This deadline is 30 days after the Court's Order approving Plaintiffs' Notice Plan, and was previously set by the Court's August 20, 2024 Order Approving Issuance of Notice to the Settlement Class.

[2] This deadline is 30 days after the Court's Order approving Plaintiffs' Notice Plan, and was previously set by the Court's August 20, 2024 Order Approving Issuance of Notice to the Settlement Class.

[3] November 3, 2024 is a Sunday, so by operation of Federal Rule of Civil Procedure 6 Plaintiffs' motion for attorneys' fees, expenses, and service awards would be due on Monday, November 4.

| | |
|---|---|
| Deadline for Class Members to Opt Out of the Class or Object to the Settlement | **December 3, 2024**[4] |
| Plaintiffs' Notice to the Court Identifying Persons or Entities Requesting Exclusion from the Class and Completion of the Notice Program | **December 13, 2024**[5] |
| Submission of motion and memorandum in support of final approval of the Settlement Agreements and any responses by parties to any objections filed by any Class members | **December 13, 2024**[6] |
| Fairness Hearing | **January 7, 2025** |
| Claims Deadline | **April 17, 2025**[7] |

2. The Court finds and concludes that the schedule set forth above is fair to Settlement Class members as it provides time for Settlement Class members to review the Settlement before deciding whether to opt out or object, it gives over two months' notice to the Settlement Class of the upper boundaries of a request for attorneys' fees and expenses (set forth in the long form notice), and it gives over one month's notice to the Settlement Class of the actual request for attorneys' fees and expenses.

3. At the Fairness Hearing, the Court will conduct an inquiry as it deems appropriate into fairness, reasonableness, and adequacy of the Settlement, address any objections to it, and determine whether the Settlement should be finally approved, whether final judgment should be entered thereon, and whether to approve any motions for attorneys' fees and expenses. The Fairness Hearing will take place via Zoom on January 7, 2025, at 1:30 PM (MDT).

---

[4] This deadline is 105 days after the Court's Order approving Plaintiffs' Notice Plan, and was previously set by the Court's August 20, 2024 Order Approving Issuance of Notice to the Settlement Class.
[5] This deadline is 115 days after the Court's Order approving Plaintiffs' Notice Plan.
[6] This deadline is 115 days after the Court's Order approving Plaintiffs' Notice Plan.
[7] This deadline is 240 days after the Court's Order approving Plaintiffs' Notice Plan.

SO ORDERED this 3rd day of September, 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
Chief United States District Judge