# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO II) | MDL No. 6:20-md-2977-RJS-CMR<br><br>Hon. Chief Judge Robert J. Shelby<br><br>Hon. Cecilia M. Romero |

## FINAL JUDGMENT

On January 7, 2025, the court held a Fairness Hearing[1] and granted Plaintiffs' Proposed Order for Final Approval of Class Action Settlement with Defendant Pilgrim's Pride Corporation.[2] This Final Settlement resolves all outstanding claims between the parties as the court has already approved Plaintiffs' other Settlements[3] with the Tyson Defendants,[4] Defendant Perdue Foods, LLC,[5] the Koch Defendants,[6] and the Sanderson Defendants.[7] At the Fairness Hearing, the parties agreed to entry of Final Judgment as all claims in this case have now been dismissed. Accordingly, Final Judgment is hereby entered, and all outstanding motions in the case are DENIED AS MOOT. The Clerk of Court is directed to close the case.

SO ORDERED this 9th day of January 2025.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 635, *Minutes of the United States District Court for the District of Utah*. All docket citations are to the MDL docket No. 6:20-md-2977 (E.D. Okla.).

[2] Dkt. 633, *Order Granting Final Approval of Class Action Settlement with Defendant Pilgrim's Pride Corp*.

[3] Dkt. 285, *Order Granting Final Approval of Settlements with Perdue and Tyson*; Dkt. 420, *Order Granting Final Approval of Settlement with Koch and Entering Final Judgment under Rule 54(B) as to Koch*; Dkt. 565, *Order Granting Final Approval of Settlement with Sanderson and Entering Final Judgment under Rule 54(B) as to Sanderson*.

[4] The Tyson Defendants include Tyson Foods Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tysons Poultry, Inc. *See Order Granting Final Approval of Settlements with Perdue and Tyson*

[5] The Settlement with Perdue Foods, LLC included Perdue's predecessors, successors, assigns, affiliates, and any and all past, present, and future parents, owners, subsidiaries, divisions, and/or departments. *See id.*

[6] The Koch Defendants include Koch Foods, Inc. and Koch Meat Co, Inc., doing business as Koch Poultry Co., and their predecessors, assigns, affiliates, and any and all past, present, and future parents, owners, subsidiaries, divisions, and/or departments. *See Order Granting Final Approval of Settlement with Koch and Entering Final Judgment under Rule 54(B) as to Koch*.

[7] The Sanderson Defendants include Sanderson Farms, Inc., Sanderson Farms, Inc. (Food Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), and their past, present, and future parents, owners, subsidiaries, divisions, and/or departments. *See Order Granting Final Approval of Settlement with Sanderson and Entering Final Judgment under Rule 54(B) as to Sanderson*.